**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Jose Luis MUNOZ–GARCIA, Defendant–Appellant.**

No. 14–10028.

United States Court of Appeals, Ninth Circuit.

Submitted Dec. 9, 2014.*

Filed Dec. 12, 2014.

Lori L. Price, Assistant U.S., United States Department of Justice Office of Attorney General, Tucson, AZ, for Plaintiff–Appellee.

Thomas Scott Hartzell, Attorney at Law, Tucson, AZ, for Defendant–Appellant.

Before: WALLACE, LEAVY, and BYBEE, Circuit Judges.

MEMORANDUM ***

Jose Luis Munoz–Garcia appeals from the district court's judgment and chal-

---

*** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

lenges his guilty-plea conviction and 70–month sentence for reentry after deportation, in violation of 8 U.S.C. § 1326. We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

Munoz–Garcia contends that his conviction and sentence violate the Fifth and Sixth Amendments because the fact of the prior conviction that subjected him to enhanced penalties under section 1326(b)(2) was not alleged in the indictment. As Munoz–Garcia acknowledges, we are bound by *Almendarez–Torres v. United States,* 523 U.S. 224, 239–47, 118 S.Ct. 1219, 140 L.Ed.2d 350 (1998), in which the Supreme Court rejected this argument.

**AFFIRMED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

**AFFIRMED.**

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.